UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. SAMUEL MATIAS CRUZ, Mag. No. 14-4043
DOB:            INMATE/JAIL/OFFENDER ID #

## PETITION FOR WRIT OF HABEAS CORPUS

1. **SAMUEL MATIAS CRUZ** is now confined at **Mercer County Correction Center, 1750 River Road, Hopewell/Lambertville, NJ 08530, Tel. No. (609) 989-6901.**

2. On **May 19, 2014, at 10:00 a.m.**, said individual, **for whom an arrest warrant has been issued**, will be required at **Newark, New Jersey, before the presiding U.S. Magistrate Judge, for an initial appearance on the above-referenced criminal matter.** A Writ of Habeas Corpus should issue for that purpose.

DATED: May 8, 2014

_____
Dennis C. Carletta, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: May 8, 2014

_____
Hon. Michael A. Hammer
United States Magistrate Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Mercer County Correction Center:
**WE COMMAND YOU that you have the body of**

**SAMUEL MATIAS CRUZ**
DOB:            ; INMATE/JAIL/OFFENDER ID

now confined at **Mercer County Correction Center**, be brought before the **presiding U.S. Magistrate Judge, in the Martin Luther King, Jr., Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on May 19, 2014, at 10:00 a.m.**, for an initial appearance in the above-referenced criminal matter.

WITNESS the **Honorable Michael A. Hammer**
United States Magistrate Judge
Newark, New Jersey.

DATED: May 8, 2014

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey
Per: _____
Deputy Clerk